Certificate Number: 16339-PAE-DE-038660128

Bankruptcy Case Number:



16339-PAE-DE-038660128

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2024, at 3:00 o'clock PM EDT, Franco Urban completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 12, 2024        By:    /s/Kelley Tipton

                                                      Name:  Kelley Tipton

                                                      Title:  Certified Financial Counselor